IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM SHANNON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COBBELSTONES PROPERTIES | : | NO. 13-7193 |
| CYSTAL D'ANTONIO | : | |

ORDER

AND NOW, this 31 day of January, 2014, upon consideration of plaintiff's amended complaint (Document No. 4), it is ORDERED that:

1. The amended complaint is DISMISSED for lack of subject matter jurisdiction, pursuant to Federal Rule of Civil Procedure 12(h)(3).

2. The Clerk of Court shall CLOSE this case.

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.